UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff | CRIMINAL NO. 08mj8358 |
| vs. | ORDER |
| Maribel Montiel-Varillas (4) | RELEASING MATERIAL WITNESS on Material Witness Complaint |
| Defendant(s) | Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Maribel Montiel-Varillas

DATED: 5-14-08

CATHY ANN BENCIVENGO

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

2008 MAY 14 P 2:35

RECEIVED ____________ DUSM

W. SAMUEL HAMRICK, JR. Clerk

by [signature] Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082