UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

2008 JUN -4 P 4: 26

UNITED STATES OF AMERICA, Plaintiff

vs.

J.A.R. et al.

Defendant(s)

CRIMINAL NO. 08mj8358

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/Magistrate Judge, **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Maribel Mortiel-Varillas

DATED: 6/5/08

**PETER C. LEWIS**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** ______ DUSM

**OR**

**W. SAMUEL HAMRICK, JR. Clerk**

**by** J. Flores

**Deputy Clerk**



☆ U.S. GPO: 2003-581-774/70082