UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

2008 JUN -5 P 4: 26

UNITED STATES OF AMERICA, Plaintiff

vs.

J.A.R., et al.

Defendant(s)

CRIMINAL NO. 08mj8358

ORDER

RELEASING MATERIAL WITNESS

Booking No. 08931-298

On order of the United States District/Magistrate Judge, **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

A.F.C.M. (CASTILLA-MELLADO, AIDA FABIOLA)
PREV. RC OTH-BOND
5/12/08

DATED: 6/5/08

**PETER C. LEWIS**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** ____________ **DUSM**

**OR**

**W. SAMUEL HAMRICK, JR. Clerk**

**by** E. Flores
**Deputy Clerk**

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

★ U.S. GPO: 2003-581-774/70082